THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |  |
|---|---|---|
| **Robert Murray, et al.**, | : | Case No.   2-12-cv-767 |
| Plaintiff(s) | : | District Judge:   Smith |
|  | : | Magistrate Judge:   King |
| vs. | : |  |
|  | : | RULE 26(f) REPORT OF PARTIES |
| **The Daily Gazette Company, et al.**, | : | (to be filed no fewer than seven (7) |
| Defendant(s) | : | days prior to the Rule 16 Conference) |

**1.**   Pursuant to F.R. Civ.P. 26(f), a meeting was held on   Monday, Oct. 1, 2012   and was attended by:

   **Gary Broadbent**   , counsel for plaintiff(s)   [all]

   **Mark Stemm**   , counsel for plaintiff(s)

   **David Marburger**   , counsel for defendant(s)   [all]

   _____   , counsel for defendant(s)

**2.**   **Consent to Magistrate Judge**. The parties:

   ____   unanimously consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. 636 (c).

   **x**   do not unanimously consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. 636 (c).

**3.**   **Initial Disclosures**. The parties:

   ____   have exchanged the initial disclosures required by Rule 26(a)(1);

   ____   will exchange such disclosures by _____

   ____   are exempt from such disclosures under Rule 26(a)(1)(E).

   **X**   have agreed not to make initial disclosures.

**4.**   **Jurisdiction and Venue**

   a.   Describe any contested issues relating to: (1) subject matter jurisdiction, (2) personal jurisdiction and/or (3) venue:

   **None**

1

    b.    Describe the discovery, if any, that will be necessary to the resolution of issues relating to jurisdiction and venue:

    **n/a**

    c.    Recommended date for filing motions addressing jurisdiction and/or venue:

    **n/a**

**5.**    **Amendments to Pleading and/or Joinder of Parties**

    a.    Recommended date for filing motion/stipulation to amend the pleadings or to add additional parties:    **Fri., Jan. 19, 2013**

    b.    If class action, recommended date for filing motion to certify the class:

**6.**    **Recommended Discovery Plan**

    a.    Describe the **subjects** on which discovery is to be sought and the nature and extent of discovery that each party will need:

    **Please see exhibit 1 to this Rule 26(f) form for the parties' detailed recommended discovery plan**

    b.    What **changes** should be made, if any, in the limitations on discovery imposed by the Federal Rules of Civil Procedure or the local rules of this Court?

    **Please see exhibit 1 to this Rule 26(f) form for the parties' detailed recommended discovery plan**

    c.    The case presents the following issues relating to disclosure or discovery of **electronically stored information**, including the form or forms in which it should be produced:

    **The parties don't expect issues to arise in electronic discovery, although they may engage in it.**

    **If they do engage in it, they may agree on a third-party forensic electronic discovery firm to conduct searches on copied servers or hard-drives. The searches would be crafted by the party demanding the discovery, subject to some constraints to keep costs down. The records yielded by the search would be produced initially only to the producing party for vetting.  The producing party would decide which of those records to produce to the demanding party, and would do so within a time deadline.  The parties would ask the court to enter an order that incorporates this**

**procedure.  The parties would split the fee of the forensic electronic discovery firm, subject to constraints on the amount of the fee.**

d.   The case presents the following issues relating to claims of **privilege or of protection as trial preparation materials:**

**Because this is a libel suit against the press, it naturally implicates the potential for the press to raise some discovery privileges, such as state shield laws and qualified First Amendment privileges.  At this early stage, the parties don't know whether those privileges will apply, or be raised.**

      i.   Have the parties agreed on a procedure to assert such claims **AFTER** production?

   **x**   No

   _____   Yes

   _____   Yes, and the parties ask that the Court include their agreement in an Order.

e.   Identify the discovery, if any, that can be **deferred** pending settlement discussion and/or resolution of potentially dispositive motions:

**Please see exhibit 1 to this Rule 26(f) form for the parties' detailed recommended discovery plan**

f.   The parties recommend that discovery should proceed in **phases**, as follows:

**Yes. Please see exhibit 1 to this Rule 26(f) form for the parties' detailed recommended discovery plan.**

g.   Describe the areas in which **expert testimony** is expected and indicate whether each expert will be specially retained within the meaning of F.R.Civ.P.26(a)(2):

**The parties expect to obtain expert witness testimony relevant to damages.**

      i.    Recommended date for making **primary expert designations**:

      **After the close of damages discovery**

      ii.   Recommended date for making **rebuttal expert designations**:

      **30 days after the primary expert designation**

  h.    Recommended discovery **completion date**:    **Please see exhibit 1 to this Rule 26(f) form for the parties' detailed recommended discovery plan**

**7.**    **Dispositive Motion**(s)

  a.    Recommended date for filing dispositive motions:    **Tues., Feb. 19, 2013**

**8.**    **Settlement Discussions**

  a.    Has a settlement demand been made?    **Settlement conversation has occurred, but nothing concrete has been offered or demanded yet**    A response?

  b.    Date by which a settlement demand can be made:

  c.    Date by which a response can be made:

**9.**    **Settlement Week Referral**

The earliest Settlement Week referral reasonably likely to be productive is the

        March 20        Settlement Week

        June 20        Settlement Week

        September 20        Settlement Week

**X**    December 20        Settlement Week

**10.**    **Other matters for the attention of the Court:**

**Signatures:**

| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
|---|---|
| s/ Gary Broadbent | s/ David Marburger |
| Ohio Bar#   0083876 | Ohio Bar#   0025747 |
| Trial Attorney for | Trial Attorney for all defendants |
| s/ Mark Stemm | |
| Ohio Bar#   0023146 | Ohio Bar# |
| Trial Attorney for | Trial Attorney for |
| Ohio Bar# | Ohio Bar# |
| Trial Attorney for | Trial Attorney for |
| Ohio Bar# | Ohio Bar# |
| Trial Attorney for | Trial Attorney for |