# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **MURRAY, et al.,** | ( |
| | ( No. 2:12-CV-00767 |
| Plaintiffs, | ( |
| | ( Judge Smith |
| vs. | ( |
| | ( Magistrate Judge King |
| | ( |
| **THE DAILY GAZETTE COMPANY, et al.,** | ( **Unopposed motion to extend time for** |
| | ( **moving or pleading to the complaint due** |
| | ( **to likelihood of settlement** |
| | ( |
| Defendants. | ( |

All defendants hereby move to extend the time for moving or pleading to the complaint through Tuesday, October 30, 2012, because the parties are very close to permanently resolving the suit by agreement. If that succeeds, they will file with the Court stipulation of dismissal with prejudice.

The settlement would not be monetary, but contingent upon certain events, so the parties ask that the Court refrain from a *sua sponte* dismissal despite this motion's notice that settlement appears to be imminent. The plaintiffs do not object to this motion.

Respectfully submitted,

| | |
|---|---|
| /s/ David Marburger | /s/ Gary M. Broadbent |
| David Marburger (0025747) trial atty | Gary M. Broadbent (0083876) |
| BakerHostetler LLP | 46226 National Rd. |
| PNC Center - Suite 3200 | St. Clairsville, Ohio 43950 |
| 1900 E. 9th St. | Tel: 740/338-3100 |
| Cleveland, Ohio 44114-3485 | gbroadbent@coalsource.com |
| Tel: 216/861-7956 | |
| dmarburger@bakerlaw.com | |
| | |
| Attys for defendants | Attorney for plaintiffs |

2

**Certificate of Service**

On October 17, 2011, counsel for the defendants filed this unopposed motion through the court's electronic filing system, which makes available to all parties a copy of the motion.

/s/ David Marburger
One of the attorneys for defendants
