# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| **MURRAY, et al.,** | ( |
| | (  No. 2:12-cv-00767-GCS-NMK |
| Plaintiffs, | ( |
| | (  Judge Smith |
| | ( |
| | (  Magistrate Judge King |
| vs. | ( |
| | (  **Stipulated notice of dismissal with** |
| | (  **prejudice** |
| | ( |
| | ( |
| **THE DAILY GAZETTE COMPANY, et al.,** | ( |
| | ( |
| Defendants. | ( |

All parties to this action hereby stipulate to the dismissal of this action with prejudice, as allowed by Rule 41(a)(1)(A)(ii).

/s/ Gary Broadbent
Murray Energy Corporation
46226 National Rd.
St. Clairsville, Ohio 43950
Tel: 740/338-3384
gbroadbent@coalsource.com

Atty for all plaintiffs

/s/ David Marburger
David Marburger (0025747)
BakerHostetler LLP
1900 E. 9th St., Suite 3200
PNC Center
Cleveland, Ohio 44114
Tel: 216/861-7956
dmarburger@bakerlaw.com

Attys for all defendants

**Certificate of Service**

On Tuesday, October 30, 2012, counsel for defendants filed this stipulated dismissal with prejudice through the court's electronic filing system, which makes a copy available automatically to counsel for all parties.

/s/ David Marburger